LOCATION−CUSTODY

# Eastern District of Washington
# U.S. District Court (Spokane)
# CRIMINAL DOCKET FOR CASE #: 2:13−mj−04346−JPH−1

Case title: USA v. Stites  
 Other court case number:  04CR349−001−BR Oregon

Date Filed: 11/15/2013

Assigned to: Magistrate Judge
James P. Hutton

**Defendant (1)**

| | | |
|---|---|---|
| **John Timothy Stites** | represented by | **Federal Public Defender − YAK**<br>Federal Defenders − YAK<br>Eastern Washington<br>306 East Chestnut Avenue<br>Yakima, WA 98901<br>Email: maria_deleon@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:13−7990.F SUPERVISED RELEASE PETITION | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Alison L Gregoire**<br>United States Attorney's Office<br>402 E Yakima Avenue<br>Suite 210<br>Yakima, WA 98901<br>509−454−4425<br>Fax: 509−454−4435<br>Email: alison.l.gregoire@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/15/2013 | 1 | 3 | RULE 5 DOCUMENTS RECEIVED from District of Oregon as to John Timothy Stites (1) (KW, Case Administrator) (Entered: 11/15/2013) |
| 11/15/2013 | 2 | | NOTICE OF HEARING − By Court as to John Timothy Stites (1). Text entry; no PDF attached. Rule 5 Initial Appearance − Supervised Release Petition set for 11/18/2013 at 02:00 PM in Yakima before Magistrate Judge James P. Hutton. (PH, Case Administrator) (Entered: 11/15/2013) |
| 11/15/2013 | 3 | 7 | NOTICE OF ATTORNEY APPEARANCE Alison L Gregoire appearing for USA as to John Timothy Stites (1) (Gregoire, Alison) (Entered: 11/15/2013) |
| 11/18/2013 | 4 | | Oral MOTION for Detention by USA as to John Timothy Stites (1). (PH, Case Administrator) (Entered: 11/18/2013) |
| 11/18/2013 | 5 | | ORDER APPOINTING FEDERAL DEFENDER as to John Timothy Stites (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A Appointed Federal Public Defender − YAK for John Timothy Stites − Text entry;no PDF document will issue. This text−only entry constitutes the court order on the matter. Signed by Magistrate Judge James P. Hutton. (KRR, Judicial Assistant) (Entered: 11/18/2013) |
| 11/18/2013 | 6 | 8 | Minute Entry for proceedings held before Magistrate Judge James P. Hutton: Initial Appearance in Rule 5 Proceedings as to John Timothy Stites (1) held on 11/18/2013. (Reported/Recorded by: FTR/Y−102) (PH, Case Administrator) (Entered: 11/18/2013) |
| 11/18/2013 | 7 | 9 | ORDER OF REMOVAL granting ECF No. 4 Motion for Detention (USM Action Required) as to John Timothy Stites (1). Signed by Magistrate Judge James P. Hutton. (PH, Case Administrator) (Entered: 11/18/2013) |
| 11/18/2013 | 9 | 11 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by John Timothy Stites (1). (PH, Case Administrator) (Entered: 11/18/2013) |
| 11/18/2013 | 10 | 13 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by John Timothy Stites (1). (PH, Case Administrator) (Entered: 11/18/2013) |
| 11/18/2013 | 11 | 14 | WAIVER of Rule 5 Hearings by John Timothy Stites (1). (PH, Case Administrator) (Entered: 11/18/2013) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. MJ-13-4346-JPH |
| vs. ) | |
| JOHN TIMOTHY STITES, ) | |
| ) | |
| Defendant. ) | |

Received Rule 5 papers from the United States District Court, District of Oregon

PROB 12C-OR
(01-22-09)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION FOR WARRANT
AND
ORDER TO SHOW CAUSE

U.S.A. vs. JOHN TIMOTHY STITES

Docket No. 0979 3:04CR00349-001-BR

Petition on Probation and Supervised Release

COMES NOW MATTHEW K FREUITT, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of John Timothy Stites, who was convicted of Felon in Possession of a Firearm and placed on supervision by The Honorable Anna J. Brown sitting in the court at Portland, Oregon, on the 12th day of September, 2005. Defendant was sentenced to 100 months custody of the Bureau of Prisons, to be followed by a 3-year term* of supervised release, and the general terms and conditions theretofore adopted by the court were imposed.

*Term of supervised release commenced on August 3, 2012.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation of Standard Condition No. 2 – Failing to submit a written monthly report within the first 5 days of each month and failing to report to the probation officer. On October 19, 2012, a request was submitted to the Western District of Washington (WD/WA), U.S. Probation Office, Seattle, to transfer supervision to their district so Stites could reside with his mother. The WD/WA U.S. Probation Office authorized travel to their district pending acceptance of supervision. Stites had a Washington Department of Corrections probation violation warrant and a pending charge in Kittitas County, Washington, to resolve. Stites resolved his pending court matters and reported regularly to his state probation officer. On December 13, 2012, the WD/WA U.S. Probation Office denied his request to transfer to their district, as Stites married Alicia Tofoya and requested to relocate to the District of New Mexico (D/NM) to reside with his new wife. On January 15, 2013, a request was submitted to transfer Stites' supervision to the D/NM. On February 14, 2013, D/NM U.S. Probation Officer denied Stites request to transfer to their district, to be revisited in 6 months, if Stites remained compliant with his conditions. Stites continued to reside at 6718 5th Avenue NW, Seattle, WA, 98117, with his mother.

Stites failed to submit written reports for the months of January and February 2013. On February 27, 2013, John Fenton, Stites' Washington Department of Corrections Probation Officer, advised that he had obtained a warrant for Stites' arrest, as Stites had absconded supervision. On February 27, 2013, this officer tried to call Stites. I also attempted to call his wife, but her number is disconnected. I called his mother and requested she have Stites call me. Stites has not called to report. On March 8, 2013, I attempted to call Stites, but was unable to make contact with him. I left his mother a voicemail on her phone to have him call me. Stites has not returned my calls. On March 5, 2013, I sent Stites a letter to his address in Seattle, to report on March 13, 2013, at 2 p.m. He failed to report as directed.

RECOMMENDED ACTION: Based upon the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a Warrant and Order to Show Cause why Stites' term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2013.

Respectfully,

Matthew K Preuitt
Matthew K Preuitt
U.S. Probation Officer

ORDER OF THE COURT

Considered and ordered this 15 day of March, 2013, and ordered filed and made a part of the records in the above case.

_____ for
The Honorable Anna J. Brown
U.S. District Judge

MP/sg/34480

Page 1 of 1

PROB 19
(Rev 5/92)

# UNITED STATES DISTRICT COURT

for

District of Oregon

U.S.A. vs JOHN TIMOTHY STITES

Docket No. 0979 3:04CR00349-001-BR

TO:[1]   Any U.S. Marshal or any other authorized officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF PROBATIONER/SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| John Timothy Stites | M | W-Non-Hispanic origin | 34 |

ADDRESS (STREET, CITY, STATE)

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Portland, Oregon | September 12, 2005 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Portland, Oregon

| Mary L. Moran, Clerk of the Court | s/Janett Cubias | 03/15/2013 |
|---|---|---|
| CLERK | (BY DEPUTY CLERK) | DATE |

### RETURN

| Warrant received and executed. | Date Received | Date Executed |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

21AM;

#1672640
84903

U.S. Department of Justice
United States Marshals Service

# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
Western District of Washington
*(District)*

700 Stewart Street, Suite 9000
Seattle, WA 98101-1271
206 370-8652
*(Return Address and Phone)*



BOOKED
NOV - 7 2013
KING COUNTY JAIL
KENT DIVISION

*Please type or print neatly:*

TO: REGIONAL JUSTICE CENTER
620 W. JAMES
KENT, WA 98035
ATTN: RECORDS

DATE: 11/07/2013
SUBJECT: SITITES John Timothy
AKA: DERRI Christopher
DOB/SSN:
REF. # BA# 213029866
USMS #: 68311-065
CR #:

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Western District of Washington has issued an arrest warrant charging the subject with violation of the conditions of probation and/or supervised release.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a Federal probation/supervised release violation warrant.

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 206-370-8674.
*FAX No.*

**RECEIPT**
Date: 11-12-13
Signed: [signature] JS6
By: Jeff Romay
Title: Corrections Officer

Very truly yours,

*(Signature)*

DAVID Y. MILLER (Acting) U.S. MARSHAL
*(Name and Title)*

Requested by: MICHELLE HAMILTON, DUSM

Form USM-16D
Rev. 04/05

MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO: 13-CR-4346-JPH |
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEARANCE |
| JOHN TIMOTHY STITES, | ) |
| Defendant. | ) |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Alison L. Gregoire, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Appearance on behalf of the United States of America.

DATED this 15th day of November 2013.

        MICHAEL C. ORMSBY
        United States Attorney

        s\ Alison L. Gregoire
        ALISON L. GREGOIRE
        Assistant United States Attorney

Notice of Appearance

# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

**USA v. JOHN TIMOTHY STITES**       **Case No. MJ-13-4346-JPH**

**Rule 5 Initial Appearance on Supervised Release Violation:**      **11/18/2013**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Benjamin Seal, US Atty |
| | | ☒ | Alex B. Hernandez, III, Defense Atty |
| ☒ | Beckie Nichols, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | Conditions of Release Imposed | ☐ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☒ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☒ | Court Ordered Removal to Charging District |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**
1. REMOVAL of the defendant to the charging district.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| | |
|---|---|
| **Identity Hrg:** | *Waived by Defendant* |
| **Bail Hrg:** | *Waived by Defendant*; USA's Motion for Detention is **granted**. |
| **Probable Cause Hrg:** | *Waived by Defendant* |

FTR/Y-102      Time: 2:05 p.m. – 2:08 p.m.      Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN TIMOTHY STITES,<br><br>              Defendant. | No. MJ-13-4346-1<br><br>ORDER OF REMOVAL<br><br>☒    MOTION GRANTED<br>         **(ECF No. 4)**<br><br>---- **ACTION REQUIRED** ---- |

Date of hearing:    11/18/2013

☒ Petition for action: Post-conviction

Defendant was advised of, and acknowledged, Defendant's rights.

☒ Defendant, individually and through counsel, waived the right to an identity hearing, pursuant to Rule 5. Defendant's waiver is accepted as knowing and voluntary.

☒ Defendant, individually and through counsel, waived the right to a probable cause hearing. Defendant's waiver is accepted as knowing and voluntary.

☒ Defendant, individually and through counsel, waived Defendant's right to a bail hearing. Defendant's waiver is accepted as knowing and voluntary. The agreement not to contest detention at this time is without prejudice to the Defendant requesting a bail hearing in the District of Oregon.

**IT IS ORDERED:**

1. Defendant is committed to the custody of the United States Marshal for detention until further order of the court, and for removal as soon as reasonably possible to the District of Oregon.

ORDER OF REMOVAL - 1

2. Defendant shall be made reasonably available for communication with court-appointed counsel.

3. Until appointment of counsel in the charging district, all notices shall be sent to the Federal Defenders of Eastern Washington, N. 10 Post St., Suite 700, Spokane, WA 99201.

DATED November 18, 2013.

s/James P. Hutton<br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 8 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN TIMOTHY STITES,

    Defendant.

ACKNOWLEDGMENT OF NOTICE OF RIGHTS

Magistrate Docket No.

MJ-13-4346-1

    The undersigned defendant does hereby acknowledge: I appeared before a United States Magistrate Judge this date and have been advised as follows:

    1) Of the charge or charges placed against me and the maximum penalty provided by law, and I acknowledge receipt of a copy of the Supervised Release Violation Report, which specifically sets forth the allegations;

    2) That I have been advised of the maximum penalty provided by law;

    3) My right to remain silent at all times and if I make a statement it can be used against me;

    4) My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this matter;

    5) My right to a hearing before the judicial officer where the Supervised Release was imposed and to be confronted by the government's witnesses, and I am entitled to have witnesses attend on my behalf;

    6) My right to a hearing on the warrant for removal to ascertain that I am the person named in the Violation Report or if I wish I can waive this hearing in writing;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS
RULE 5/SUPERVISED RELEASE CONDITIONS

7) That if the United States moves for a detention hearing, it must be held within three days and that I have the right to be represented by counsel at such hearing, but that the United States has determined to defer asking for a detention hearing until my first appearance in the charging district.

Dated this 18 day of NOV., 2013.

_____
Defendant

ACKNOWLEDGMENT OF NOTICE OF RIGHTS
RULE 5/SUPERVISED RELEASE CONDITIONS

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 18 2013
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA, )
)
    Plaintiff, )   MJ-13-4346-1
)
vs. )
)   Defendant's Assertion of
)   Fifth and Sixth Amendment
JOHN TIMOTHY STITES, )   Rights
)
    Defendant. )
_____ )

TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY

    I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct its agents.

    DATED this 18 day of Nov., 2013.

Respectfully Submitted,

_____
DEFENDANT

Defendant's Assertion of
Fifth and Sixth Amendment Rights

1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 18 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Judge |
| Plaintiff, ) | No. MJ-13-4346-1 |
| Vs. ) | WAIVER OF RULE 5 HEARINGS |
| JOHN TIMOTHY STITES, ) | |
| Defendant. ) | |

The undersigned defendant does hereby acknowledge: I appeared on this date in the Eastern District of Washington, was advised of the charge(s) pending against me in the prosecuting district, and was informed of my rights to:

(1) remain silent, knowing that if I make a statement, it can be used against me; (2) retain counsel or have counsel appointed for me; (3) an identity hearing to determine if I am the person sought by the prosecuting district; and (4) plead guilty to the charge in this district, if I and the United States Attorneys in this district and in the requesting district agree.

If this matter is proceeding by **COMPLAINT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing in this district
( ) preliminary examination in this district
( ) bail hearing in this district

If this matter is proceeding by **INDICTMENT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) bail hearing in this district

WAIVER OF RULE 5 HEARINGS

1

If this matter is proceeding by **PETITION**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

(X) identity hearing in this district
(X) probable cause hearing in this district
(X) bail hearing in this district

If this matter is proceeding by **WARRANT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) bail Hearing in this district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

As to those hearings which are waived in this district, other than the identity hearing, I **RESERVE** the right to have those hearings in the prosecuting district.

_____
Defendant

11/18/13
_____
Date

_____
Defense Counsel

Interpreted by (if applicable):

_____
(Sign and Print Name)

WAIVER OF RULE 5 HEARINGS

2